COM.

v.

**SALEEM, M.**

**645 MDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–38–CR–0000565–2014
CP–38–CR–0001112–2014
(Lebanon)

Affirmed

COM.

v.

**MELETICHE, G.**

**875 MDA 2016**

Superior Court of Pennsylvania.

03/28/2017

Reargument Denied 5/10/2017

CP–06–CR–0004403–2015
(Berks)

Quashed

COM.

v.

**GONZALEZ, A.**

**717 MDA 2016**

Superior Court of Pennsylvania.

3/28/2017

CP–67–CR–0005872–2010
(York)

Affirmed

COM.

v.

**CRAMER, W.**

**942 MDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–49–CR–0000530–2015
(Northumberland)

Affirmed